FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-3248
_____

NAYLOR SCOTT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

January 14, 2019

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Naylor Scott, pro se, Petitioner.

Ashley Brooke Moody, Attorney General, Tallahassee, for Respondent.